UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACINTA ABREU AND YUSUF CAN,

                    Plaintiffs,

-against-

PATRICK STEPHEN KELLY AND JOHN W. VURCJIO,

                    Defendants.

1:23-cv-02418 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      On March 22, 2023, Defendants removed this action was from the Supreme Court of New York, Bronx County. *See* ECF No. 1 ("Notice of Removal"). Pursuant to U.S.C § 1446(a), a defendant must file, "together with" the notice of removal, "a copy of all process, pleadings, and orders served upon such defendant or defendants" in the state court action. Rule 4(A) of the Court's Individual Rules of Practice in Civil Cases further requires that, within three calendar days of filing a notice of removal, a defendant must "file a copy of the state court docket sheet." Here, Defendants have not filed all such documents, including a copy of the complaint. Nor have Defendants filed a copy of the state court docket sheet.

      Accordingly, by **April 6, 2023**, Defendants shall file all documents required for purposes of removal.

Dated: March 30, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge